JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANDRE D. SHEATS,
Plaintiff,
v.
COUNTY OF LOS ANGELES,
Defendant.

Case No. 2:25-cv-10351-WLH-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983 (Dkt. No. 1) is dismissed without prejudice, with no further proceedings, consistent with the reasons and findings set forth in the Order Dismissing Complaint.

DATED: October 22, 2026

HON. WESLEY L. HSU
United States District Judge